# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:16-CR-00020 |
| v. | (Judge Brann) |
| KALONJI JONES, | |
| Defendant. | |

## ORDER

**AND NOW**, this 2nd day of May 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Vacate, ECF No. 76, is **DENIED.**

2. A certificate of appealability **SHALL NOT ISSUE.**

3. The Clerk of Court is directed to close case number 4:17-CV-01628.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge